Evan S. Nadel (SBN 213230)
enadel@mintz.com
Philip C. Ducker (SBN 262644)
pcducker@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY
 AND POPEO P.C.
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone:  415-432-6000
Facsimile:   415-432-6001

Attorney for Defendant and Counterclaim Plaintiff,
KLEAN KANTEEN, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STAYCHOCK, AND KATHLEEN MACKAY STAYCHOCK,<br><br>Plaintiffs,<br><br>v.<br><br>KLEAN KANTEEN, INC., a corporation,<br><br>Defendant. | Case No. 2:17-cv-01012-KJM-CMK<br><br>**ORDER GRANTING DEFENDANT AND COUNTERCLAIM PLAINTIFF KLEAN KANTEEN, INC.'S INITIAL EX PARTE REQUEST FOR EXTENSION OF TIME TO FILE MARKMAN BRIEF**<br><br>Judge:  Hon. Craig M. Kellison |
| KLEAN KANTEEN, INC., a corporation,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>RICHARD STAYCHOCK, AND KATHLEEN MACKAY STAYCHOCK,<br><br>Counterclaim Defendants. | |

[PROPOSED] ORDER GRANTING EX PARTE MOTION FOR CONTINUANCE OF MARKMAN SCHEDULE
CASE NO. 2:17-cv-01012-KJM-CMK

Having considered Defendant and Counterclaim Plaintiff Klean Kanteen, Inc.'s Initial Ex Parte Request for Extension of Time to File Markman Brief (ECF No. 32), the Initial Request is hereby GRANTED: The Court hereby advances and continues the deadlines as follows:

1. Defendant's opening Markman brief shall be filed no later than February 23, 2018.
2. Plaintiff's Opposition Brief shall be filed no later than March 9, 2018.
3. Defendant's Reply Brief shall be file no later than March 16, 2018.
4. The claim construction hearing currently scheduled for February 22, 2018 at 10:00 AM is VACATED. The parties are ordered to meet and confer and propose a new date for the claim construction hearing to be held on or after April 1, 2018.

IT IS SO ORDERED.

Dated: January 26, 2018

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE