IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD STAYCHOCK, et al.,           No. 2:17-cv-1012-KJM-CMK

    Plaintiff,

  vs.                                 <u>ORDER</u>

KLEAN KANTEEN, INC.,

    Defendant.

        Plaintiffs, now proceeding in propria persona, bring this civil action which proceeds on plaintiffs' first amended complaint (Doc. 26). Pending before the court is defendant's motion to dismiss (Doc. 31). No opposition to the pending motion has been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for February 14, 2018, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter submitted on the record and briefs without oral argument.

        IT IS SO ORDERED.

DATED: February 5, 2018

                                                 **CRAIG M. KELLISON**
                                                 UNITED STATES MAGISTRATE JUDGE