IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STAYCHOCK, et al., | No. 2:17-cv-1012-KJM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| KLEAN KANTEEN, INC., | |
| Defendant. | |

This matter was referred to the undersigned pursuant to Local Rule 302(c)(21) when the District Court granted plaintiff' counsel's motion to withdraw as attorney. Plaintiffs have now filed a notice of substitution of counsel indicating that they are now represented by attorney Lucinda Grace Price. Now that plaintiffs are proceeding with counsel, Rule 302(c)(21) provides that this action shall be referred back to the District Judge.

Accordingly, IT IS HEREBY ORDERED that this matter is referred back to the District Judge pursuant to Local Rule 302(c)(21).

DATED: March 27, 2018

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1