1  Evan S. Nadel (SBN 213230)
   enadel@mintz.com
2  Philip C. Ducker (SBN 262644)
   pcducker@mintz.com
3  MINTZ LEVIN COHN FERRIS GLOVSKY
    AND POPEO P.C.
4  44 Montgomery Street, 36th Floor
5  San Francisco, CA 94104
   Telephone:  415-432-6000
6  Facsimile:   415-432-6001

7  Attorney for Defendant and Counterclaim Plaintiff,
   KLEAN KANTEEN, INC.
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STAYCHOCK and KATHLEEN MACKAY STAYCHOCK,<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>KLEAN KANTEEN, INC.,<br><br>    Defendant and Counterclaim Plaintiff. | Civil Action No. 2:17-cv-01012-KJM-CMK<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO DEPOSE PLAINTIFFS AND COUNTERCLAIM DEFENDANTS RICHARD STAYCHOCK, KATHLEEN STAYCHOCK, AND REAL WARE, LLC AFTER THE FACT DISCOVERY CUT-OFF** |

Having considered Plaintiffs and Counterclaim Defendants Richard Staychock and Kathleen Staychock (the "Staychocks") and Defendant and Counterclaim Plaintiff Klean Kanteen, Inc. stipulation to allow for the depositions of Richard Staychock, Kathleen Mackay Staychock, and Real Ware LLC to be conducted after the current fact discovery cut-off, the Stipulation is hereby GRANTED. The Court hereby advances and continues the deadlines as follows:

1. The depositions of Richard Staychock, Kathleen Mackay Staychock, and Real Ware LLC will be conducted after the current fact discovery cut-off of April 26, 2018, but before May 15, 2018.

**IT IS SO ORDERED.**

DATED: April 11, 2018.

_____
UNITED STATES DISTRICT JUDGE