Evan S. Nadel (SBN 213230)
enadel@mintz.com
Philip C. Ducker (SBN 262644)
pcducker@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY
 AND POPEO P.C.
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone:  415-432-6000
Facsimile:   415-432-6001

Attorney for Defendant and Counterclaim Plaintiff,
KLEAN KANTEEN, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STAYCHOCK and KATHLEEN MACKAY STAYCHOCK,<br><br>Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>KLEAN KANTEEN, INC.,<br><br>Defendant and Counterclaim Plaintiff. | Civil Action No. 2:17-cv-01012-KJM-CMK<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO DEPOSE CERTAIN FACT WITNESSES AFTER THE FACT DISCOVERY CUT-OFF** |

Having considered Plaintiffs and Counterclaim Defendants Richard Staychock and Kathleen Staychock and Defendant and Counterclaim Plaintiff Klean Kanteen, Inc. stipulation to allow for the depositions of certain witnesses to be conducted after the current fact discovery cut-off, the Stipulation is hereby GRANTED. The Court hereby advances and continues the deadlines as follows:

1. The deposition of only those fact witnesses noticed for deposition on or before April 13, 2018 (specifically Jim Osgood, Darryl Cresswell, Emily Rohrbacker, Michelle Kalberer, Jeff Cresswell, Danielle Cresswell, and third-party witnesses Robert Seals, Stickeen Brand Services, Inc., International Markets Group, Inc., Liquid Molding Systems, Inc., Development Technologies, Inc., and The Chico Project, Inc.), may be conducted after the current fact discovery cut-off of April 26, 2018, but not later than May 15, 2018, *provided however* that a party may add a deposition witness based upon a showing of newly discovered material information concerning that witness not previously known or available. This stipulation shall not affect any other discovery deadline.

IT IS SO ORDERED.

DATED: April 19, 2018.

_____
UNITED STATES DISTRICT JUDGE