Evan S. Nadel (SBN 213230)
enadel@mintz.com
Philip C. Ducker (SBN 262644)
pcducker@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY
 AND POPEO P.C.
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone: 415-432-6000
Facsimile: 415-432-6001

Attorney for Defendant and Counterclaim Plaintiff,
KLEAN KANTEEN, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STAYCHOCK and KATHLEEN MACKAY STAYCHOCK,<br><br>　　　　Plaintiffs and<br>　　　　Counterclaim Defendants,<br><br>　　v.<br><br>KLEAN KANTEEN, INC.,<br><br>　　　　Defendant and<br>　　　　Counterclaim Plaintiff. | Civil Action No. 2:17-cv-01012-KJM-CMK<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Having considered Plaintiffs and Counterclaim Defendants Richard Staychock and Kathleen Staychock and Defendant and Counterclaim Plaintiff Klean Kanteen, Inc.'s Joint Request for Dismissal with Prejudice, it is hereby ORDERED that:

1. All claims, including all claims in the pending second amended complaint, and counterclaims asserted between the Staychocks and Klean Kanteen in this consolidated action are dismissed WITH PREJUDICE, and

2. Each party is to bear their own costs, attorneys' fees, and expenses.

IT IS SO ORDERED.

DATED: August 21, 2018.

_____
UNITED STATES DISTRICT JUDGE